UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| John B. Herron,<br><br>  Plaintiff,<br><br>vs.<br><br>Andrew Saul Commissioner of Social Security,<br><br>  Defendant. | CIV. 20-4080-VLD<br><br>**ORDER GRANTING ATTORNEY FEES AND EXPENSES TO PLAINTIFF** |

Plaintiff moves for an award of attorney fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Defendant has not objected. Therefore, it is

ORDERED that the Commissioner will pay to Plaintiff reasonable attorney fees in the amount of $9,772.07 (representing $9,175.65 in attorney fees and $596.42 in South Dakota sales tax) and $22.80 in EAJA expenses for postage.

IT IS FURTHER ORDERED that if it is determined upon effectuation of the Court's EAJA fee Order that Plaintiff does not owe a debt that is subject to offset under the Treasury Offset Program, the fees will be made payable to Plaintiff's attorney. If there is a debt owed under the Treasury Offset Program, the remaining fee after offset will be paid by a check made out to Plaintiff, c/o the Plaintiff's Attorney, and delivered to the attorney.

Dated this 20th day of April 2021.

BY THE COURT:

_____
VERONICA L. DUFFY
United States Magistrate Judge